# EXHIBIT H



      





9/9/22, 1:34 PM    Women's Clothing, Women Fashion Sale | SHEIN USA

  

#dailydrops

 

| Batwing Sleeve Open Front Cardigan | Color Block Drop Shoulder Cardigan | Color Block Stripe Pattern Sweater Vest … | Cable Knit Drop Shoulder Crop Sweater | Pointelle Knit Lantern Sleeve |
|---|---|---|---|---|
| US$28.00 | US$21.00 | US$14.00 | US$22.00 | US$23.00 |

**Trending Brands**





https://us.shein.com    2/4

   

#SHEINcampaigns





Style Gallery



Case 2:22-cv-00350-JRG-RSP    Document 1-8    Filed 09/09/22    Page 5 of 5 PageID #: 145




Page |H-4