# EXHIBIT I

9/9/22, 1:32 PM                                     About Us | SHEIN USA

Home / About Us

# ABOUT US

SHEIN is a global fashion and lifestyle e-retailer committed to making the beauty of fashion accessible to all. We use on-demand manufacturing technology to connect suppliers to our agile supply chain, reducing inventory waste and enabling us to deliver a variety of affordable products to customers around the world. From our global offices, we reach customers in more than 150 countries. To learn more about SHEIN, visit us.SHEIN.com .

# SHEIN AT-A-GLANCE



Nearly

## 10,000

employees worldwide



## 58%

total female employees worldwide



selling to

## 150+

countries

**GET EXTRA 15%**



10% OFF orders of $29+ | 15% OFF orders of $69+ | 20% OFF orders of $169+  Code: **FALLFUN**

WOMEN   PLUS   HOME   KIDS   MEN   BEAUTY      **SHEIN**      Free Standard Shipping on orders over US$49.00      0   0

NEW IN    FW22    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    LINGERIE & LOUNGE      Jeans

https://us.shein.com/About-Us-a-117.html                                                                 1/4

9/9/22, 1:32 PM                                    About Us | SHEIN USA

that by leading the development of alternative processes and technologies to bring fashion into the future.

Our customers are at the core of our business model, driving our growth to a team of nearly 10,000 employees serving more than 150 countries within less than a decade. Our digital-first model meets customers where they are: on mobile devices, online and on social media. We have become one of the most popular shopping apps and continue to engage customers by providing multiple content streams directly within the SHEIN platform and delivering the best online shopping experience.



## MAKING THE BEAUTY OF FASHION ACCESSIBLE TO

Consumers no longer follow a unified standard of what is considered "fashionable" or "beautiful". We believe that the clothes we wear reflect our personalities and we want to empower everyone to explore and express their individuality. To do this, SHEIN creates a wide range of options to fit any mood or occasion.

GET EXTRA 15%



10% OFF orders of $29+ | 15% OFF orders of $69+ | 20% OFF orders of $169+  Code: FALLFUN

WOMEN   PLUS   HOME   KIDS   MEN   BEAUTY          SHEIN          Free Standard Shipping on orders over US$49.00      0    0

NEW IN   FW22   SALE   SHEIN X DESIGNERS   CLOTHING   DRESSES   TOPS   LINGERIE & LOUNGE        Jeans

https://us.shein.com/About-Us-a-117.html                                              2/4

9/9/22, 1:32 PM

About Us | SHEIN USA



## DRIVING TECHNOLOGICAL INNOVATION

SHEIN's mission is to serve as a leader in the industry and bring fashion into the modern era. We employ cutting-edge technologies and processes in our design and sourcing to stay well-informed of what is in-demand by consumers, produce goods in a timely manner and deliver the products quickly to anywhere in the world. By developing proprietary logistics and ecommerce technology, we are disrupting the fashion space and improving outcomes for manufacturers, suppliers and consumers.

**Digitally Empowered Agile Supply Chain**

To meet demand, we have built a fully digital supply chain that seamlessly and quickly delivers products to our customers worldwide. We use proprietary software to track sales and communicate with our factories in real time to order in small batches. Our digital supply chain is the core of our business model and empowers us to offer a wide



https://us.shein.com/About-Us-a-117.html

3/4

9/9/22, 1:32 PM                                                          About Us | SHEIN USA



[For more info about our company visit our Corporate Site.](#)

**COMPANY INFO**

About SHEIN
Social Responsibility
Fashion Blogger
Supply Chain
Careers
Student Discount

**HELP & SUPPORT**

Shipping Info
Returns
How To Order
How To Track
Size Guide
SHEIN VIP

**CUSTOMER CARE**

Contact Us
Payment & Tax
Bonus Point

**FIND US ON**



**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address          SUBSCRIBE

**DOWNLOAD SHEIN APP TO SAVE MORE!**

**WE ACCEPT**

©2009-2022 SHEIN All Rights Reserved

Privacy Center | Privacy & Cookie Policy | Do Not Sell My Personal Information

Terms & Conditions | Copyright Notice | Accessibility | Imprint | ⊙ United States

GET EXTRA 15%



https://us.shein.com/About-Us-a-117.html                                                    4/4