# EXHIBIT J

9/9/22, 1:41 PM                                               Imprint | SHEIN USA



# Imprint

Subject to the [Terms & Conditions] and the [Privacy & Cookie Policy] , our Services for US are provided by:

SHEIN Distribution Corporation is responsible for the Site and sells products offered there under license from Roadget Business Pte. Ltd.,

## Address:

SHEIN Distribution Corporation:757 S. Alameda St., Suite 220, Los Angeles, CA 90021,

Roadget:7 Temasek Boulevard, #12 07 Suntec Tower One, Singapore (038987).

Please DO NOT send returns to this address, click here for proper return instructions.

## E-Mail:

uscsteam@shein.com



https://us.shein.com/imprint-a-746.html?ref=www&rep=dir&ret=us                                                                                                                           1/2