# EXHIBIT K

9/6/22, 10:01 AM                                    SHEIN - Online Fashion on the App Store

 Store   Mac   iPad   iPhone   Watch   AirPods   TV & Home   Only on Apple   Accessories   Support

**App Store** Preview

Open the Mac App Store to buy and download apps.

**SHEIN - Online Fashion** [12+]
Trendy Clothing + Fashion
ROADGET BUSINESS PTE. LTD.
Designed for iPad

**#2 in Shopping**
★★★★★ 4.7 • 834.5K Ratings

Free

**iPad Screenshots**



**Additional Screenshots**
iPhone

https://apps.apple.com/us/app/shein-online-fashion/id878577184                                1/4

9/6/22, 10:01 AM                                    SHEIN - Online Fashion on the App Store

Now introducing the SHEIN mobile app! Everything you love about our site, now at your fingertips. SHEIN is a fun, ultra-affordable online shopping platform featuring styles for women, men, kids, curve, plus over 20,000+ styles including dresses, tops, swimwear, shoes and accessories. Think of us as your one-stop destination for everything trendy! We'll keep you in the loop with push notifications, plus styling tips, livestreams, reviews and more to inspire you!

Perks:
- Get an extra 10% off on your first order
- Free shipping on orders over $49 & free returns
- Fun, easy shopping that's 100% secure
- Browse by New Arrivals, Trends, Category, Best Sellers and more
- Daily Flash Sales: Score up to 80% off countless styles
- Get first access to sale alerts and promotional discounts
- Now accepting PayPal and major Credit Cards
- Style now, pay later! Choose Afterpay to pay in 4 interest-free payments.
- 24/7 Customer Service and Live Chat available

Contact us:
URL: us.shein.com
Facebook: www.facebook.com/sheinus/
Instagram: www.instagram.com/shein_us/
Email: dispute@shein.com

## What's New

Version History

Version 8.4.8
Recent updates:

1. We've fixed some issues and made performance improvements to provide you with a better experience.

2. More surprises are waiting for you to explore on the SHEIN App!

## Ratings and Reviews

See All

### 4.7
out of 5

834.5K Ratings


_keyy22, 03/09/2022

**I <3 shein!!**
Personally as someone who is a senior in high school and trying my hardest to save up for college while also getting a more adult like wardrobe Shein has be... more


vinarris, 01/05/2021

**LEGIT**
100% legit site for fashionable affordable clothing. I've been purchasing for the last 2 years or more now with at least 20 + items each purchase and have never been... more


I ♥ PicCollage!!, 08/13/2021

**SHEIN LITERALLY SAVED ME**
I am a freshman in college and my parents got divorced when I was little, so I was almost on my own to buy my own clothes and self care products. I found SHEIN... more

## App Privacy

See Details

The developer, **ROADGET BUSINESS PTE. LTD.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

🆔  Identifiers



**Data Linked to You**

The following data may be collected and linked to your identity:

9/6/22, 10:01 AM                                          SHEIN - Online Fashion on the App Store

Purchases                                          Financial Info
Contact Info                                       Identifiers
Usage Data

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:

Search History                                     Usage Data
Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
ROADGET BUSINESS PTE. LTD.

Size
262.8 MB

Category
Shopping

Compatibility
**iPhone**
Requires iOS 12.0 or later.

**iPad**
Requires iPadOS 12.0 or later.

**iPod touch**
Requires iOS 12.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

Languages
English, Arabic, Czech, Dutch, French, German, Greek, Hebrew, Indonesian, Italian, Japanese, Korean, Polish, Portuguese, Russian, Spanish, Swedish, Thai, Traditional Chinese, Turkish, Vietnamese

Age Rating
12+
Infrequent/Mild Sexual Content and Nudity
Infrequent/Mild Profanity or Crude Humor

Copyright
© SHEIN

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## Supports

Wallet
Get all of your passes, tickets, cards, and more in one place.

9/6/22, 10:01 AM                                        SHEIN - Online Fashion on the App Store

**More By This Developer**



ROMWE-Cyber
Fashion Mall
Shopping

**You Might Also Like**                                                                          See All

     

Chic Me - Chic in        ZAFUL - My Fashion      Rainbow Shops        PrettyLittleThing     IvRose-Online            Fashion Nova
command                  Story                   Shopping             Shopping              Fashion Boutique         Shopping
Shopping                 Shopping                                                           Shopping

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map          Choose your country or region

https://apps.apple.com/us/app/shein-online-fashion/id878577184                                                    4/4