# EXHIBIT L

9/6/22, 9:56 AM                           SHEIN-Fashion Shopping Online - Apps on Google Play



SHEIN-Fashion Shopping Online - Apps on Google Play



## About this app                                                                    →

Now introducing the SHEIN mobile app! Everything you love about our site, now at your fingertips. SHEIN is a fun, ultra-affordable online shopping platform featuring styles for women, men, kids, curve, plus over 20,000+ styles including dresses, tops, swimwear, shoes and accessories. Think of us as your one-stop destination for everything trendy! We'll keep you in the loop with push notifications, you can engage with other SHEIN lovers in real time and browse over 1000+ daily new arrivals, plus styling tips, livestreams, reviews and more to inspire you! …

### Updated on

Sep 1, 2022

#4 top free shopping

## Data safety                                                                       →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

| | |
|---|---|
| ⤴ | This app may share these data types with third parties<br>Personal info, Photos and videos and 3 others |
| ☁ | This app may collect these data types<br>Personal info, Financial info and 4 others |
| 🔒 | Data is encrypted in transit |
| 🗑 | You can request that data be deleted |

See details

## Ratings and reviews                                                               →

▷ **Google** Play                                              🔍    ❓    Ⓙ

Games          **Apps**          Movies & TV          Books          Kids

2  |
★★★★ ✦     1  ●

4.27M reviews

Ⓛ     Luz Lantigua                                                               ⋮

★★★★★  September 2, 2022

I'm waiting for my second order at Shein and I'm really satisfied with the service. On my first order I did choose inexpensive items just to try my size and only one item is a bit larger than I expected. I like that they send the info when the order ships and I can track the packages. My order came before the date expected and I really liked everything. The app is easy to use.

67 people found this review helpful

Did you find this helpful?          Yes          No

Doreen Lambert                                                          ⋮

★★★★★  August 29, 2022

SheIn is an awesome app! Lots of great sales, wonderful items! Communication is great, they let you know when your items are shipped and I've never had to return anything! One thing I would change is to tell more in the description of an item and measurements as in the make up bags. They're a very nice size, but measurements would be nice. Otherwise a great app and would highly recommend to everyone!

102 people found this review helpful

Did you find this helpful?          Yes          No

> Roadget Business PTE. LTD.                                      August 29, 2022
>
> Glad you love SHEIN！  💕

Brooke Poteet                                                           ⋮

★★★★★  August 30, 2022

9/6/22, 9:56 AM                              SHEIN-Fashion Shopping Online - Apps on Google Play





Kids & family

Parent Guide

Family sharing

Terms of Service        Privacy        About Google Play        Developers        Google Store        United States (English)