**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALTO DYNAMICS, LLC,<br>Plaintiff,<br>v.<br>ROADGET BUSINESS PTE. LTD.,<br>Defendant. | NO. 2:22-cv-00350-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Alto Dynamics, LLC ("Alto Dynamics") and Defendant Roadget Business PTE. LTD. ({Roadget") (collectively, the "Parties") hereby stipulate to extend the time for Roadget to answer, or otherwise respond to, the Complaint filed in this case by Alto Dynamics on September 9, 2022 (Dkt. No. 1). As Roadget is based in Singapore (*see* Dkt. 1 at ¶ 4), service of the Complaint required additional effort, and proof of service was slower than usual to be provided. In addition, counsel for Roadget has only recently appeared. *See* Dkt. No. 8. Finally, counsel for Roadget has travel plans over the upcoming holiday season. The Parties aver that this constitutes good cause to extend Roadget's due date to respond to the Complaint. No schedule has been entered, so there should be no impact on the Court's schedule.

Therefore, the Parties stipulate, subject to the Court's approval, that Roadget's due date to answer, or otherwise respond to, the Complaint is extended up to and including January 9, 2023.

Dated: December 14, 2022

Respectfully submitted,

By: */s/ C. Matthew Rozier*

Jonathan L. Hardt (TX 24039906) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854) *
**ROZIER HARDT MCDONOUGH PLLC**
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088) *
Jonathan R. Miller (GA507179) *
Travis E. Lynch (GA 162373) *
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

**Attorneys for Plaintiff *ALTO DYNAMICS LLC***

*Admitted to the Eastern District of Texas

Dated: December 14, 2022

Respectfully submitted,

By: */s/ John M. Jackson #*

John M. Jackson
Texas Bar No. 24002340
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6109
Facsimile: (214) 661-6645
Email: jjackson@jw.com

**Attorneys for Defendant *ROADGET BUSINESS PTE. LTD.***

*Admitted to the Eastern District of Texas
# e-signed with express permission

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 14th day of December 2022, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ C. Matthew Rozier*
C. Matthew Rozier

**CERTIFICATE OF CONFERENCE [L.R. CV-7(i)]**

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the Motion is filed on behalf of the Parties. Counsel for the parties conferred by email on December 7 and 12-14, 2022 regarding this motion and the Parties agree as to its substance, as indicated by the signatures of counsel for all Parties.

Dated: December 14, 2022

*/s/ C. Matthew Rozier*
C. Matthew Rozier