# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTO DYNAMICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROADGET BUSINESS PTE. LTD.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00350-JRG-RSP |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff ALTO DYNAMICS, LLC ("Alto Dynamics") and Defendant ROADGET BUSINESS PTE. LTD. ("Roadget") (collectively, the "Parties"), by and through their respective counsel, hereby file this Stipulation of Dismissal, dismissing all of the Parties' claims in this action with prejudice.

Each party shall bear its own fees, costs, and expenses.

Date: October 6, 2023

Respectfully submitted,

*/s/ James F. McDonough, III*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (737) 295-0876
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*
Travis E. Lynch (GA 162373)*
**ROZIER HARDT MCDONOUGH PLLC**
3 659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863, -1862
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

**For Plaintiff, ALTO DYNAMICS, LLC**

*\* Admitted to practice in Eastern District of Texas*

Date: <u>October 6, 2023</u>　　　　　　　　　Respectfully submitted,

<i>/s/ John M. Jackson #</i>

John M. Jackson (TX 24002340)*
William T. Nilsson (TX 24123350)*
**JACKSON WALKER L.L.P.**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6645
Email: jjackson@jw.com
Email: wnilsson@jw.com

**For Defendant, ROADGET BUSINESS PTE. LTD.**

*Admitted to practice in Eastern District of Texas*

*# e-signed with express permission*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: October 6, 2023

By: */s/ James F. McDonough, III*
James F. McDonough, III

## CERTIFICATE OF CONFERENCE [L.R. CV-7(i)]

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the Motion is filed on behalf of the Parties. Counsel for the Parties conferred by email on October 6, 2023 regarding this document and the Parties are in agreement as to its substance, as indicated the signatures of counsel for all Parties.

Dated: October 6, 2023

By: */s/ James F. McDonough, III*
James F. McDonough, III