IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALTO DYNAMICS, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00350-JRG-RSP |
| § | |
| ROADGET BUSINESS PTE. LTD., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Alto Dynamics, LLC ("Plaintiff") and Roadget Business Pte. Ltd. ("Defendant"). (Dkt. No. 38.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 38.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of the Court is instructed to **CLOSE** the above-captioned matter, as no claims or parties remain.

**So ORDERED and SIGNED this 17th day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE